~~~~ MMC

1    <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

2

3    Name  **Anderson, Benjamin**                       **FILED**

4        (Last)          (First)          (Initial)
                                                    JUL - 3 2008
5    Prisoner Number  **K91382**
                                                    RICHARD W. WIEKING
6    Institutional Address  **Correctional Training Facility**  CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
7            **P.O.Box 689, Soledad, Calif. 93960**

8    ================================================

9                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
10
         **Benjamin Anderson**
11   (Enter the full name of plaintiff in this action.)        )

12                        vs.                        **CV  08**  Case No. _____ **3204**
                                                    (To be provided by the clerk of court)
13   **James E. Tilton,Secretary(CDCR)** )
                                                    **COMPLAINT UNDER THE**
14   **Ben Curry, Warden(CTF)**           )         **CIVIL RIGHTS ACT,**
                                                    **42 U.S.C §§ 1983**
15   **Dr. Khaja, Psychiatrist(CTF)**     )

16   **Et.Al.**                           )

17   (Enter the full name of the defendant(s) in this action)  )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    <u>Exhaustion of Administrative Remedies</u>

20         [**Note:**  You must exhaust your administrative remedies before your claim can go

21         forward.  The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement **Correctional Training Facility**

23         B.    Is there a grievance procedure in this institution?

24                  YES (**X**)    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                  YES( **X**    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the appeal at

                  **Appeal number, 08-00308**
     COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ request denied _____ _____

_____

_____

2. First formal level_____ request denied _____

_____

_____

3. Second formal level_ partially granted, central file was

_ reviewed for history of in-cell aggression,___

_____

4. Third formal level _ screened out at this level, to avoid

answering the merits of plaintiffs claims. _____

_____

    E.   Is the last level to which you appealed the highest level of appeal available to you?

                YES (X)    NO ( )

    F.   If you did not present your claim for review through the grievance procedure, explain

why._____ _____ _____ not applicable _____

_____

_____

II.    Parties

    A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

Benjamin Anderson, Prisoner I.D. K91382 _____

P.O. Box 689,Correctional Training Facility _____

Soledad, Calif. 93960-0689 _____ _____

    B.   Write the full name of each defendant, his or her official position, and his or her place of

        employment.

The name,title,and place of employment of each defendant

is listed on the next page. _____ _____

COMPLAINT               - 2 -

1  James E. Tilton, Secretary,

2  California Department of Corrections

3  and Rehabilitation

4  P.O.Box 942883

5  Sacramento,California 94283-0001

6

7  Ben Curry, Warden

8  Correctional Training Facility(CTF)

9  P.O.Box686

10  Soledad,California 93960-0686

11

12  Dr.Khaja,Psychiatrist

13  Correctional Training Facility(CTF)

14  Mental Health Dept.

15  P.O.Box686

16  Soledad,California 93960-0686

17

18  Defendants are represented by,

19  Edmund G. Brown Jr. Attorney General

20  State of California

21  455 Golden Gate Ave. Suite 11000

22  San Francisco,California 94102-7004

23

24

25

26

27

28

**Complaint**                    2(a)

1    The name, official position, and place of employment
2    of each defendant is listed on the previous page(2a)
3
4  III.    Statement of Claim
5        State here as briefly as possible the facts of your case.  Be sure to describe how each
6  defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any
7  cases or statutes.  If you have more than one claim, each claim should be set forth in a separate
8  numbered paragraph.
9                          Paragraph I.
10    Plaintiff is a member of an identifiable group of mentally
11    impaired inmates, recieving psychotropic medications.
12      Plaintiff requested that defendant Khaja, reduce
13    medication amount(doseage) and temporarily assign plaintiff
14    to a single cell, because the reaction to medication
15    causes problems with other inmates with whom he is double
16    celled, which leaves plaintiff defenseless and particularly
17    vulnerable to violent attack while under prescribed
18    medication, because he is incapable of functioning at a
19    level sufficient to protect himself.
20
21                          continued on (3a)
22  IV.    Relief
23        Your complaint cannot go forward unless you request specific relief.  State briefly exactly what
24  you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
25                  Injunctive Relief Requested
26    (A.) forthwith place plaintiff(Anderson) in a single cell,
27        for safety and mental health concerns, pending a
28        second opinion other than defendant Khaja.
      Additional relief requested on page 3(e)

COMPLAINT                    - 3 -

Statement of Claim

1

2    **Paragraph I. Contd.**

3

4    As a result plaintiff requested single-cell placement for

5    safety and mental health concerns. this request has been

6    repeatedly denied by defendant Khaja reasoning each time

7    that,(plaintiff must first engage in agressive andcombative

8    in cell behavior against his cell-partner as a criteria to

9    even be considered for single cell placement) Defendant

10   Khaja has authority as a member of the mental health staff

11   at (CTF) to reasonably accomodate plaintiffs single cell

12   placement under the Americans with Disabilities Act(1990)

13   42 U.S.C. 12101-12213, but has refused to do so, which

14   shows a **Deliberate Indifference** to the plaintiffs overall

15   safety and mental health needs, of which he has a professional

16   obligation, which violates the plaintiffs constitutional

17   right to adequate mental health care, a reasonable amount

18   of safety, and his Eighth Amendment right to be free from

19   cruel and unusual pumishment, by sanctioning what are

20   essentially, illegal **Gladiator Fights** as a criteria to be

21   considered for single cell placement.

22

23   **Paragraph II.**

24

25   James E. Tilton is Secretary, California Department of

26   Corrections and Rehabilitation, and is responsible forthe

27   supervision, management, and control of state prisonsand

28   its employees.

**Complaint**                    3(a)

Statement of Claim

1

2   Paragraph II. cont.

3

4   He is also responsible for the medical and mental health

5   care , custody, discipline, and reasonable safety of all

6   persons confined therein. Defendant Tilton was aware, knew

7   or should have known, that the illegal policy of requiring

8   mentally impaired inmates to first engage in aggressive and

9   combative in cell behavior against thier cell- partner as a

10  criteria to even be considered for single cell placement,

11  would result in substantial risk of serious harm or injury

12  to plaintiff, yet defendant Tilton failed to take reasonable

13  measures to abate such risk when it was obvious, which shows

14  a **Deliberate Indifference** to the plaintiffs overall safety

15  and mental health needs, thus violating the plaintiffs

16  constitutional right to adequate mental health care,

17  a reasonable amount of safety, and his Eighth Amendment right

18  to be free from cruel and unusual punishment, by sanctioning

19  what are essentially illegal **Gladiator Fights** as a criteria

20  to be considered for single cell placement.

21

22  Paragraph III.

23

24  Ben Curry is warden at Correctional Training Facility,Soledad

25  California, and is responsible for its daily operations,

26  supervision and management of all the institutions civilian

27  and correctional employees.

28

COMPLAINT                    3(b)

**Paragraph III. cont.**

He is also responsible forthe medical and mental health care
custody, discipline, and reasonable safety of all persons
confined therein. Defendant Curry was aware, knew or should
have known that the illegal policy of requiring mentally
impaired inmates to first engage in aggresive and combative
in-cell behavior against thier cell-partner as a criteria
to even be considered for single cell placement,would result
in substantial risk of serious harm or injury to plaintiff,
yet defendant Curry failed to take reasonable measures to
abate such risk when it was obvious, which shows a
**Deliberate Indifference** to the plaintiffs overall safety
and mental health needs, which violates the plaintiffs right
to adequate mental health care, reasonable safety,and his
Eighth Amendment right to be free from cruel and unusual
punishment by sanctioning what are essentially illegal
**Gladiator Fights** as a criteria to even be considered for
single cell placement.

**Paragraph IV.**

Defendant Tilton in his official capacity as Secretary,
California Department of Corrections and Rehabilitation,
and defendant Curry, in his official capacity as warden,

COMPLAINT                          3(c)

Statement of Claim

Correctional Training Facility,Soledad, California were both

aware, knew, or should have known that continuing to allow

the pattern and practice of maintaining constitutionally

deficient prisons violates the plaintiffs, and other similarly

situated inmates Eighth Amendment right to be free from cruel

and unusual punishment. In adittion to inadequate(1)medical

(2) mental health care, the overall prison conditions of severe

overcrowding, (3) double celling of inmates in a structure

built during post world war II, which when constructed, had

a rated design capacity for single cell occupancy, falls well

short of the recommended minimum of 50. sq. ft. of floor space

and is not compatable for housing two inmates serving lengthy

terms of imprisonment humanely, and as psychologically

necessary to uphold the Eighth Amendments ban on cruel and

unusual punishment. (4) inadequate lighting and (5) inadequate

ventilation in cells, broken glass which exposes plaintiff and

other similarly situated inmates to (6) temperatures colder

than usual, during the winter months, and, (7) an inadequate

amount of shower heads,(twelve total) to some (350) inmates

poses an unreasonable health risk of bacteria and staph

infection. Both of the defendants have knowledge of the overall

prison conditions and constitutional violations, but have failed

to take reasonable measures to abate such risks,which show

a clear **Deliberate Indifference** to the plaintiffs overall

safety, medical and mental health needs, which contrvenes the

Eighth Amendment, while acting under color of state law.

COMPLAINT                    3(d)

continued from page (3)

Injunctive Relief Requested

1
2

3  (B) Defendants shall forthwith cease and desist, abolish
4       the practice requiring mentally impaired inmates to
5       first engage in combative in-cell behavior against
6       thier cell partner, as a criteria to even be considered
7       for single cell placement.
8

9               Declaratory Relief Requested
10

11 (C) Plaintiff wishes to enjoin the defendants from maintaining
12      (CTF) prisons that are unsafe, and severely overcrowded,
13      and otherwise not in compliance with the minimum standards
14      of contemporary human decency, and the basic requirement
15      of not less than 50 sq. ft. of floor space per inmate.
16

17 (D) Plaintiff wishes to enjoin the defendants at (CTF) from
18      double-celling inmates in cells designed for single cell
19      occupancy, and limit the number of inmates not to exceed
20      the institutions rated design capacity.
21
22
23
24
25
26
27
28

COMPLAINT                            3(e)

1    Declaratory and Injunctive relief requested

2        see, pages 3 and 3(e)

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this ____18th____ day of _____June_____, 20_08_

7

8                    _Begum Ael_____

9                        (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, **Benjamin Anderson**, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

**Correctional Training Facility** _____ Prison,

in the county of _____ **Monterey** _____,

State of California. My prison address is: **P.O. Box 689**

**Soledad, Calif. 9**¹**960-0689**

On_____ **June 18, 2008** _____,

(DATE)

I served the attached: **Civil Rights Complaint pursuant to**

**42 U.S.C. 1983**

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

**Clerk of Court**
**United States District Court**
**Northern District of California**
**450 Golden Gate Ave. P.O. Box 36060**
**San Francisco, Calif. 94102**

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on **June 18, 2008** _____    _____

(DATE)                          (DECLARANT'S SIGNATURE)

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, **Benjamin Anderson** , declare:

I am over 18 years of age and a party to this action. I am a resident of _____

**Correctional Training Facility** _____ Prison,

in the county of **Monterey** ,

State of California. My prison address is: **P.O. Box 689** ,

**Soledad, Calif. 93960-0689**

On **June 18, 2008** ,
(DATE)

I served the attached: **Civil Rights Complaint pursuant to**

**42 U.S.C. 1983**

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

**Edmund G. Brown Jr. Attorney General**

**State of California**

**455 Golden Gate Ave. Suite 11000**

**San Francisco, Calif. 9 4102-7004**

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on **June 18, 2008**                    _Benjamin Anderson_
(DATE)                                        (DECLARANT'S SIGNATURE)

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

### Northern _____ DISTRICT OF _____ California

Benjamin Anderson

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

James E. Tilton

TO: (Name and Address of Defendant)
James E. Tilton,Secretary
California Department of Corrections
and Rehabilitation
P.O. Box 942883
Sacramento, Calif. 94283-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (Name and address)
Benjamin Anderson, Prisoner I.D. K91382
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within _Twenty(20)____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Defendant is represented by,
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK _____     DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

### Northern _____ DISTRICT OF _____ California

Benjamin Anderson

## SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:

Ben Curry

TO: (Name and Address of Defendant)

Ben Curry, Warden
Correctional Training Facility
P.O. Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K91582
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within __Twenty(20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by,
Edmund G. Brown Jr. Attorney General
State of California
4 55 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK _____        DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

### Northern
DISTRICT OF **California**

Benjamin Anderson

### SUMMONS IN A CIVIL ACTION

**v.**

CASE NUMBER:

Dr. Khaja,Psychiatrist

TO: (Name and Address of Defendant)

Dr. Khaja, Mental Health Department
Correctional Training Facility
P.O.Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K9138-2
Correctional Training Facility
P.O.Box 689
Soledad, California 93960-0689
          In Pro Se

an answer to the complaint which is herewith served upon you, within <u>Twenty(20)</u> days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Defendant is represented by,

Edmund G. Brown Jr. Attorney General
State of California
4'55 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK                                    DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

### Northern

_____ DISTRICT OF _California_____

Benjamin Anderson

v.

Tilton, Curry, Khaja

Et.Al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and Address of Defendant)

Edmund G.Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004
For the Defendants

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K91382
Correctional Training Facility
P.O.Box 689
Soledad, Calif. 93960-0689
            In Pro Se

an answer to the complaint which is herewith served upon you, within Twenty (20)_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

_____          _____
CLERK                                       DATE

_____
BY DEPUTY CLERK

JS 44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

### I (a) PLAINTIFFS

Benjamin Anderson

### DEFENDANT

James E. Tilton, Secretary, (CDCR)
Ben Curry, Warden, (CTF)
Dr.Khaja, Psychiatrist, (CTF)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Monterey**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Sacramento**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Benjamin Anderson, K91382
Correctional Training Facility
P.O. Box 689
Soledad, Calif.

ATTORNEYS (IF KNOWN)
Edmund G.Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif.

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
(For Diversity Cases Only)      FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CAUSE OF ACTION (CITE THE U S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) 42 U.S.C. 1983, constitutionally deficient mental health care, inadequate prison conditions,deprivation of plaintiffs Eighth Amendment right to be free from cruel and unusual punishment

### V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23 INJUNCTIVE AND DECLARATORY

DEMAND $ NONE

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions): NONE

JUDGE _____ DOCKET NUMBER_____

DATE June 18, 2008

SIGNATURE OF ATTORNEY OF RECORD
*Bryan Ander* In Pro Se

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

Northern ——————— DISTRICT OF ——— California

Benjamin Anderson

v.

James E. Tilton

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and Address of Defendant)

James E. Tilton,Secretary
California Department of Corrections
and Rehabilitation
P.O. Box 942883
Sacramento, Calif. 94283-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K91382
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within Twenty(20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by,
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7 04

CLERK _____

DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

__Northern__ _____ DISTRICT OF _____ __California__

Benjamin Anderson

v.

Ben Curry

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and Address of Defendant)

Ben Curry, Warden
Correctional Training Facility
P.O. Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K91582
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
     In Pro Se

an answer to the complaint which is herewith served upon you, within __Twenty(20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by,
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK _____

DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

Northern _____ DISTRICT OF _____ California

Benjamin Anderson

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Dr. Khaja, Psychiatrist

TO: (Name and Address of Defendant)

Dr. Khaja, Mental Health Department
Correctional Training Facility
P.O.Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Benjamin Anderson, Prisoner I.D. K 9 (3 8 2
Correctional Training Facility
P.O.Box 689
Soledad, California 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within __Twenty(20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by,
Edmund G. Brown Jr. Attorney General
State of California
4.95 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK                                DATE

BY DEPUTY CLERK

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, **Benjamin Anderson** _____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

**Correctional Training Facility** _____Prison,

in the county of _____ **Monterey** _____,

State of California. My prison address is: **P.O. Box 689** _____,

**Soledad, Calif. 93960-0689**

On _____ **June 18, 2008** _____,
(DATE)

I served the attached: _____ **Civil Rights Complaint pursuant to**

**42 U.S.C. 1983**
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

    **Edmund G. Brown Jr. Attorney General**

    **State of California**

    **455 Golden Gate Ave. Suite 11000**

    **San Francisco, Calif. 9 4102-7004**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on **June 18, 2008** _____
         (DATE)                (DECLARANT'S SIGNATURE)

To. The Clerk of Court

    U.S. District Court

    Northern District of California


From. Benjamin Anderson  K91582

    Correctional Training Facility

    P.O. Box 689

    Soledad, Calif. 93960


Dear Sir, or Madam,

I have enclosed copies of the complaint and summons to be served

upon each of the defendants and thier attorney. I would also

like to request a filed stamped, conformed copy of the

complaint for my records.

Thank-you for your assistance in this extremely important matter.

                          Sincerly Yours

B. Anderson ~ 71308

CTF, C-1182

P.O. Box 689

Soledad, Calif. 93960





Clerk of Court

United States District Cou

Northern District of Califor

450 Golden Gate Ave.

P.O. Box 36060

San Francisco, California

94102