# FILED

JUL - 3 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

**MMC**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Benjamin Anderson                    )
                                     )
            vs          Plaintiff,   )    CASE NO. _____
James E. Tilton,Secretary(CDC)       )    **08      3204**
Ben Curry,Warden (CTF)               )    **PRISONER'S**
Dr. Khaja,Psychiatrist(CTF)          )    **APPLICATION TO PROCEED**
Et.Al.                               )    **IN FORMA PAUPERIS**
                                     )
                        Defendant.   )
                                     )

I, __Benjamin Anderson__, declare, under penalty of perjury that I am the plaintiff in
the above entitled case and that the information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without being required to prepay the full
amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name
and address of your employer:

Gross: ____none_____    Net: _____none_____
                unemployed
Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.  (If you are imprisoned, specify the last place of

2  employment prior to imprisonment.)

3      Los Angeles County Medical Center

4      October, 2003

5      '1 '00 per month

6  2.      Have you received, within the past twelve (12) months, any money from any of the following

7  sources:

8      a.      Business, Profession or            Yes ____  No __X__

9              self employment

10     b.      Income from stocks, bonds,          Yes ____  No __X__

11             or royalties?

12     c.      Rent payments?                      Yes ____  No __X__

13     d.      Pensions, annuities, or             Yes ____  No __X__

14             life insurance payments?

15     e.      Federal or State welfare payments,  Yes ____  No __X__

16             Social Security or other govern-

17             ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount

19  received from each.

20                      not applicable

21

22  3.      Are you married?                        Yes ____  No __X__

23  Spouse's Full Name: _____  none

24  Spouse's Place of Employment: ____ not applicable

25  Spouse's Monthly Salary, Wages or Income:

26  Gross $ not applicable      Net $ not applicable

27  4.      a.      List amount you contribute to your spouse's support:$ ____ none

28          b.      List the persons other than your spouse who are dependent upon you for support

1   and indicate how much you contribute toward their support. (NOTE: For minor

2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3   _____ none _____

4   _____

5   5.    Do you own or are you buying a home?        Yes ____  No __X__

6   Estimated Market Value: $____o____ Amount of Mortgage: $_____

7   6.    Do you own an automobile?        Yes ____  No __X__
        na                    na              na
8   Make _____ Year _____ Model _____

9   Is it financed? Yes _____ No __X__ If so, Total due: $ _____none_____

10  Monthly Payment: $ ____none____

11  7.    Do you have a bank account?  Yes ____ No __X__ (Do not include account numbers.)

12  Name(s) and address(es) of bank: _____ not applicable _____

13  _____

14  Present balance(s): $ _____ none _____

15  Do you own any cash?  Yes ____ No __X__ Amount: $ ___none___

16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17  market value.)  Yes ____ No  X

18  _____

19  8.    What are your monthly expenses?   incarcerated inmate

20  Rent: $ _____o_____ Utilities: _____o_____

21  Food: $ _____o_____ Clothing: _____o_____

22  Charge Accounts:  none

23  Name of Account          Monthly Payment          Total Owed on This Acct.

24  ____na____ $ ____o____ $ ____o____

25  ____na____ $ ____o____ $ ____o____

26  ____na____ $ ____o____ $ ____o____

27  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28  they are payable. Do not include account numbers.)   not applicable

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1            _____ not applicable _____

2    _____

3    10.    Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?   Yes _____ No __X__

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7    _____ none _____

8    _____

9          I consent to prison officials withdrawing from my trust account and paying to the court the

10    initial partial filing fee and all installment payments required by the court.

11          I declare under the penalty of perjury that the foregoing is true and correct and understand

12    that a false statement herein may result in the dismissal of my claims.

13

14    __June 18, 2008__       _____

15        DATE                 SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

```
REPORT ID: TS3030  .701                              REPORT DATE: 04/08/08
                                                     PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: JAN. 01, 2008 THRU APR. 08, 2008

  ACCOUNT NUMBER : K91382              BED/CELL NUMBER: CFCWT1000000118L
  ACCOUNT NAME   : ANDERSON, BENJAMIN      ACCOUNT TYPE: I
  PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>
```

                        CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 03/25/2008 | H114 | COPAY FEE, MED. | 3104 85459 | 5.00 |
| 04/04/2008 | H118 | LEGAL COPIES HOLD | 3180 LCOPY | 0.40 |

                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.40 | 0.00 |

```
                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                    --------------
                                                         5.40-
                                                    --------------
                                                    --------------
```