FILED

08 AUG -5 AM 10: 41

W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Benjamin Anderson

        Plaintiff,

vs.

James E. Tilton, secretary
Ben Curry, warden
Dr. Khaja psychiatrist
        Defendant.
Et. Al.

CASE NO. CV-08-3204-MMC(PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, **Benjamin Anderson**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____**none**____  Net: ____**none**____

Employer: **unemployed**

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3      **Los Angeles County Medical Center**
4      **October, 2003**
5      **2400 per month**
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.    Business, Profession or    Yes ___ No _X_
9          self employment
10     b.    Income from stocks, bonds,    Yes ___ No _X_
11         or royalties?
12     c.    Rent payments?    Yes ___ No _X_
13     d.    Pensions, annuities, or    Yes ___ No _X_
14         life insurance payments?
15     e.    Federal or State welfare payments,    Yes ___ No _X_
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20     **NOT APPLICABLE**
21
22 3.    Are you married?    Yes ___ No ___
23 Spouse's Full Name:     **NONE**
24 Spouse's Place of Employment:     **NOT APPLICABLE**
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ **NOT APPLICABLE**    Net $ **NOT APPLIABLE**
27 4.    a.    List amount you contribute to your spouse's support:$     **NONE**
28     b.    List the persons other than your spouse who are dependent upon you for support
    **NONE**

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____ none _____
4  _____
5  5.   Do you own or are you buying a home?         Yes ____ No _X_
6  Estimated Market Value: $_____0_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                     Yes ____ No _X_
8  Make _____na_____ Year ____na____ Model ____na____
9  Is it financed? Yes _____ No _X_ If so, Total due: $ _____none_____
10 Monthly Payment: $ ____none____
11 7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____not applicable_____
13 _____
14 Present balance(s): $ _____none_____
15 Do you own any cash? Yes ____ No _X_ Amount: $ _____none_____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No _X_
18 _____
19 8.   What are your monthly expenses?   incarcerated inmate
20 Rent: $ _____0_____   Utilities: _____0_____
21 Food: $ _____0_____   Clothing: _____0_____
22 Charge Accounts: none
23 Name of Account        Monthly Payment         Total Owed on This Acct.
24 _____na_____   $ _____0_____   $ _____0_____
25 _____na_____   $ _____0_____   $ _____0_____
26 _____na_____   $ _____0_____   $ _____0_____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)   not applicable

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1 | <u>               NOT APPLICABLE                </u>

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

**NONE**

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 22, 2008                    Benjamin Arden
DATE                             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, __Benjamin Anderson__, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

<u>Benjamin Anderson</u>, CDCR #: __K91382__
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: __C-118L__
SOLEDAD, CA  93960-0689.

On __July 22, 2008__, I served the attached:

__Application to proceed informa pauperis, and__

__certificate of trust account funds__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

**Clerk of Court**
**United States District Court**
**Northern District of California**
**450 Golden Gate Ave.**
**San Francisco, Calif. 94102**


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __July 22, 2008__.

__Benjamin Anderson__
Declarant

Case Number: CV-08-3204-MMC (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached is a true and correct copy of the prisoner's trust account statement showing transactions of

Anderson, Benjamin      for the last six months
(prisoner name)

at **CORRECTIONAL TRAINING FACILITY-SOLEDAD** where
(name of institution)

(s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were

$ 3.34    and the average balance in the prisoner's account

each month for the most recent 6-month period was $ 4.75 .


Dated: 7-29-08          Yolanda Chavez
                        Authorized officer of the institution
                        Acct. / Specialist


Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/29/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chavez
TRUST OFFICE   Acct. / Specialist

```
REPORT ID: TS3030  .701                                              REPORT DATE: 07/29/08
                                                                     PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 28, 2008 THRU JUL. 29, 2008

ACCOUNT NUMBER  : K91382                     BED/CELL NUMBER: CFCWT1000000118L
ACCOUNT NAME    : ANDERSON, BENJAMIN         ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

    TRAN
DATE CODE DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
------------------------------------------------------------------------------
02/28/2008 BEGINNING BALANCE                                                 0.00
05/07 D300 CASH DEPOSIT  3672 0301               20.00                      20.00
06/17 W514 VISION CARE C 4233 OPTIC                           18.86          1.14

                           CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE       DESCRIPTION               COMMENT      HOLD AMOUNT
------------------------------------------------------------------------------
05/07/2008  H107   POSTAGE HOLD              3683 POST              1.14
07/22/2008  H118   LEGAL COPIES HOLD         0295 LCOPY             1.86
07/24/2008  H118   LEGAL COPIES HOLD         0334 LCOPY             1.86
07/24/2008  H118   LEGAL COPIES HOLD         0334 LCOPY             3.00
07/24/2008  H118   LEGAL COPIES HOLD         0334 LCOPY             0.60

                            TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL       CURRENT      HOLDS     TRANSACTIONS
BALANCE     DEPOSITS     WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
------------------------------------------------------------------------------
  0.00       20.00          18.86         1.14       8.46         0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              7.32-
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Attn: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/29/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Acct. Specialist
TRUST OFFICE

Anderson K91382
CTF, C-118L
P.O. Box 689
Soledad, Ca. 93960

Legal Mail

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SAN JOSE CA 95
31 JUL 2008 PM 5 L