IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES E. TILTON, SECRETARY (CDCR), BEN CURRY, WARDEN (CTF), DR. KHAJA, PSYCHIATRIST (CTF), et al.,<br><br>      Defendants.<br>_____ | No. C 08-3204 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT TILTON'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**(Docket No. 19)** |

    GOOD CAUSE APPEARING, defendant Tilton's request for an extension of time to file a response to plaintiff's motion for a preliminary injunction is hereby GRANTED.

    Defendant shall file a response no later than October 28, 2009. Plaintiff shall file a reply to the response within **thirty (30)** days of the date the response is filed. The motion will be deemed submitted on the papers on the date plaintiff's reply is due.

    This order terminates Docket No. 19.

    IT IS SO ORDERED.

DATED: August 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge