United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. TILTON, SECRETARY (CDCR), BEN CURRY, WARDEN (CTF), DR. KHAJA, PSYCHIATRIST (CTF), et al.,<br><br>Defendants.<br>_____ | No. C 08-3204 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS**<br><br>**(Docket No. 47)** |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file opposition to defendants' motion to dismiss is hereby GRANTED. Plaintiff shall file his opposition no later than **August 31, 2010**. Defendants shall file a reply to the opposition within **fifteen (15)** days of the date the opposition is filed. The motion will be deemed submitted on the papers on the date the reply is due.

This order terminates Docket No. 47.

IT IS SO ORDERED.

DATED: August 4, 2010

_____
MAXINE M. CHESNEY
United States District Judge