IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BENJAMIN ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>Defendants. | Case No. C 08-3204 MMC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY** |

Defendants M. Cate, R. Grounds, W. Zika, and A. Khaja have moved this Court for an order to stay discovery pending their motion to dismiss, which was filed on June 29, 2010. After full consideration and good cause appearing, IT IS ORDERED that Defendants' motion for a stay is GRANTED.

/ / /

/ / /

/ / /

1

[Proposed] Order Stay Disc. (C 08-3204 MMC)

All discovery, including discovery that has already been served, is hereby stayed until the Court issues an order deciding Defendants' motion to dismiss. If the Court denies Defendants' motion to dismiss, the time for responding to discovery already served shall commence with the service of the Court's order on the parties.

IT IS SO ORDERED.

Dated:   September 2, 2010

The Honorable Maxine M. Chesney

2

[Proposed] Order Stay Disc. (C 08-3204 MMC)